**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **PATRICIA FERDARKO,** )<br>)<br>  **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MIDLAND CREDIT MANAGEMENT,** )<br>**INC.,** )<br>)<br>  **Defendant.** ) | Case No.: 0:12-cv-62370-RS |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Patricia Ferdarko ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Midland"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Midland in the above-styled action, with Plaintiff and Midland to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of June, 2021.

| | |
|---|---|
| */s/ Scott D. Owens* | */s/ R. Frank Springfield* |
| Scott D. Owens, Esquire FL Bar #0597651 | R. Frank Springfield FL Bar #0010871 |
| scott@scottdowens.com | fspringfield@burr.com |
| SCOTT D. OWENS, ESQUIRE | BURR & FORMAN LLP |
| 664 E. Hallandale Beach Boulevard | 350 Las Olas Blvd., Suite 850 |
| Hallandale, FL 33009 | Ft. Lauderdale, Florida 33301 |
| Telephone: (954) 589-0588 | Telephone: (954) 414-6200 |
| Facsimile: (954) 337-0666 | Facsimile: (954) 414-6201 |
| | |
| *Attorney for Plaintiff Patricia Ferdarko* | *Attorney for Midland Credit Management, Inc.* |

45696230 v1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 9th, 2021, I electronically filed the foregoing using the ECF portal, which will serve an electronic copy upon the following parties:

Scott D. Owens, Esquire
scott@scottdowens.com
SCOTT D. OWENS, ESQUIRE
664 E. Hallandale Beach Boulevard
Hallandale, FL 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
*Attorneys for Plaintiff*

                              */s/ R. Frank Springfield*
                              R. Frank Springfield