UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62370-CIV-SMITH

PATRICIA K. FERDARKO,

    Plaintiff,
v.

MIDLAND CREDIT MANAGEMENT, INC.

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties' Stipulation of Dismissal With Prejudice [DE 23]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice.**

2. Attorney's fees and costs shall be borne by each party.

3. All pending motions are **DENIED as moot.**

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 9th day of June, 2021.

                                                         **RODNEY SMITH**
                                                         **UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of Record